IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In the Matter of:

MALONEY, DONALD C.
MALONEY, SHARON L.

        Debtor

THE HONORABLE RUSS KENDIG

CHAPTER 7

Case No.: 19-60895

NOTICE OF PROPOSED SALE OF
REAL ESTATE

      Now comes Josiah L. Mason, Trustee herein, and represents that among the assets of the within estate is real estate owned by Debtor Sharon Chambers Maloney and located at 2312 Grassy Creek Road, Webster Springs, WV 26288.

      The Trustee has employed the services of and listed said real estate with Rebecca Mace of Webster Realty, LLC, Webster Springs, WV, subject to the conditions set forth on the Deed whereby said real estate was purchased by the within Debtor Sharon Chambers Maloney from Wesley L. Arthur and Nancy L. Arthur, giving the right of first refusal to Wesley L. Arthur and Nancy L. Arthur.

      The Trustee further represents that said realtor completed a market analysis of the real estate showing a value of $10,000.00. The real estate consists of 3.41 acres in a mountainous region with a residential structure in very poor condition.

      The Trustee further represents that said Realtor has received an offer to purchase said real estate for the sum of $8,000.00, and in accordance with the aforementioned Deed, Wesley L. Arthur and Nancy L. Arthur, have accepted the right of first refusal and have agreed to purchase said real

estate for the sum of $8,000.00.

Said Trustee further represents that the Debtor has claimed an exemption in said real estate of $555.00 under O.R.C. 2329.66(A)(18).

The Trustee further represents that taking into consideration the location of said real estate, the condition of said real estate, and additional expense involved in further attempts to sell same, that it is in the best interest of this bankrupt estate to sell same to Wesley L. Arthur and Nancy L. Arthur for the sum of $8,000.00.

Said Trustee further represents that said proceeds shall be disbursed as follows:

| | |
|---|---|
| $8,000.00 | Gross sale proceeds |
| $1,000.00 | Brokerage Fee |
| $ 44.00 | Transfer Stamps, Release Fees |
| $ 216.77 | Estimated Real Estate Taxes thru December 31, 2019 |
| $ 200.00 | West Virginia Out-of-State seller withholding tax |
| $ 555.00 | Exemption to Debtor |
| $5,984.23 | ESTIMATED NET PROCEEDS TO TRUSTEE |

Any objections to said sale must be filed no later than APRIL 8, 2020, in writing with the Clerk, U. S. Bankruptcy Court, Ralph Regula U. S. Courthouse, 401 McKinley Avenue SW, Canton, OH 44702-1745, with a copy served on the Trustee, Josiah L. Mason, 153 W. Main Street, P. O. Box 345, Ashland, Ohio 44805.

Objections not made will be deemed waived.

/s/ Josiah L. Mason
Josiah L. Mason, Attorney for Trustee
153 W. Main Street, P O Box 345
Ashland, OH 44805
Ph: 419/289-1600
Facsimile: 419/281-6530
Email: jlmasontrustee@zoominternet.net

**CERTIFICATE OF SERVICE**

I, Josiah L. Mason, Trustee, hereby certify that the foregoing Notice of Intent to Sell was electronically transmitted on or about   March 13, 2020   via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

Rebecca K. Hockenberry  Rebecca@attyTH.com, Denise@attyTH.com;r62556@notify.bestcase.com
United States Trustee (Registered address)@usdoj.gov

And by Ordinary U. S. Mail to all creditors and parties in interest as set forth on the attached Creditors Mailing Matrix.

/s/ Josiah L. Mason
Josiah L. Mason, Attorney for Trustee